**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:23-cr-00729-SEP |
| ) | |
| TJUAN THOMPSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendants' Motion to Dismiss, Doc. [32], which was referred to United States Magistrate Judge John M. Bodenhausen for review pursuant to 28 U.S.C. § 636(b). Having considered Judge Bodenhausen's Report and Recommendation, Doc. [44], in light of the parties' briefing, Docs. [32], [39], [46], and [47], and noting Defendant's concession that the Court is bound by Eighth Circuit precedent to deny his Motion to Dismiss, Doc. [46] at 2,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen, Doc. [44], filed October 1, 2024, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, Doc. [32], is **DENIED**.

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, December 9, 2024, at 9:00 AM.

Dated this 7th day of November, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE